**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SUDARSHAN NELATURY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-279 |
| | ) | |
| v. | ) | Judge D. Michael Fisher |
| | ) | |
| THE PENNSYLVANIA STATE | ) | |
| UNIVERSITY, RALPH FORD | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING INITIAL SCHEDULING VIDEOCONFERENCE**

1. **Initial Rule 16 Scheduling Videoconference**

An Initial Rule 16 Scheduling Videoconference is scheduled for **February 9, 2023 at 2:00 p.m.**

Prior to the conference, all counsel will receive via email a Video Conference Invitation link. All participants must test their internet connection and their ability to run the videoconferencing software using the link provided. Such testing must be performed no later than 48 hours in advance of the conference, and should any participant experience insurmountable technical difficulties, the responsible attorney(s) must promptly notify the Court and all other counsel of record.

All counsel shall bring their calendars to the conference for scheduling purposes. The parties should be prepared to discuss settlement.

2. **Rule 26(f) Report and ADR Stipulation**

At least 21 days prior to the Initial Rule 16 Scheduling Conference, the parties shall confer pursuant to Federal Rule of Civil Procedure 26(f). Within 14 days after the conference,

the parties shall file (1) a report consistent with Rule 26(f), using the form provided at Appendix LCvR 16.1.A, and (2) a Stipulation on the use of Alternative Dispute Resolution (ADR), which must contain the information specified on the Court's Website under ADR Program Information (see https://www.pawd.uscourts.gov/adr-program-information) and comply with Local Rule 16.2.

3.     **Practices and Procedures**

The undersigned will generally follow the Practices and Procedures of District Judge Susan Paradise Baxter (see web page at https://www.pawd.uscourts.gov/content/susan-paradise-baxter-district-judge). The parties will receive timely notification of any modification to those practices and procedures.

IT IS SO ORDERED.

January 3, 2023                                         s/ D. Michael Fisher
                                                        D. Michael Fisher
                                                        United States Circuit Judge

cc (via ECF email notification):

All Counsel of Record