IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUDARSHAN NELATURY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:21-cv-279 |
| THE PENNSYLVANIA STATE | ) | |
| UNIVERSITY, RALPH FORD, | ) | |
| Defendant. | | |

## ORDER IN RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendants filed a Motion for Entry of Protective Order. The Court is inclined to grant the Motion. The Court hereby ORDERS the following:

- If Plaintiff objects to the protective order, he must file a response by **July 21, 2023**, enumerating exactly which parts of the order he objects to and how he proposes each should be changed.

If Plaintiff files a response, a conference will be scheduled. If Plaintiff files no response, or if he files a response that does not enumerate specific objections to the protective order, the motion will be granted and the protective order will be entered.

DATED: July 13, 2023

_____
D. MICHAEL FISHER
UNITED STATES CIRCUIT JUDGE