IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUDARSHAN NELATURY, <br> Plaintiff, <br> <br> v. <br> <br> THE PENNSYLVANIA STATE <br> UNIVERSITY, RALPH FORD, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:21-cv-279 <br> ) <br> ) <br> ) |

**ORDER**

For the reasons set forth in the Court's Opinion at Dkt. 142, Defendants' Motion for Summary Judgment (Dkt. 70) is GRANTED. An appropriate judgment follows.

DATED: January 16, 2025

_____
D. MICHAEL FISHER
UNITED STATES CIRCUIT JUDGE