IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUDARSHAN NELATURY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE PENNSYLVANIA STATE )<br>UNIVERSITY, RALPH FORD, )<br>Defendants. | Civil Action No. 1:21-cv-279 |

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE**

For the reasons set forth in the Court's Opinion at Dkt. 142, Defendants' Motion to Strike (Dkt. 114) is DENIED as moot.

DATED: January 16, 2025

_____
D. MICHAEL FISHER
UNITED STATES CIRCUIT JUDGE