IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUDARSHAN NELATURY, </br> Plaintiff, </br> </br> v. </br> </br> THE PENNSYLVANIA STATE </br> UNIVERSITY, RALPH FORD, </br> Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 1:21-cv-279 </br> ) </br> ) </br> ) |

## JUDGMENT

The Court has granted Defendants The Pennsylvania State University and Ralph Ford's Motion for Summary Judgment (Dkt. 70), and there are no claims remaining in this action.

IT IS THEREFORE ORDERED that summary judgment is entered in favor of Defendants and against Plaintiff Sudarshan Nelatury as to all claims in his Second Amended Complaint; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

DATED: January 16, 2025

_____
D. MICHAEL FISHER
UNITED STATES CIRCUIT JUDGE